UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| In re:<br>Digioia, Scott W. | Case No. 04-34461 LMW<br><br>(CHAPTER 7) |
| Debtor(s) | |

SUPPLEMENTAL
FINAL DIVIDEND DISTRIBUTION REPORT

At the hearing before the Bankruptcy Court held on the 3rd day of October 2007 the Bankruptcy Court reviewed and considered the Trustee's request for commissions and requests for compensation. The Trustee filed a Final Dividend Distribution Report on October 4, 2007 which reflected a balance on hand of $25,043.87. This report was received and approved by the Office of the United States Trustee and payments were made to creditors on October 10, 2007. Subsequent thereto CALS advised the Trustee that their two claims had been paid in full by the debtor and the drafts for payment of their claims were returned to the Trustee. The purpose of this Supplemental Final Dividend Distribution Report is to redistribute the payments returned totaling $ 1,328.82 among the remaining creditors.

The Trustee has certified that the claims have been examined and recommends that claims be paid pursuant to the distributive provisions of Title 11, United States Code. The United States Trustee for the District of Connecticut has reviewed the Trustee's Final Report and Supplemental Report, if applicable, and, based on the foregoing, the Trustee proposes to disburse the balance on hand as follows:

A.                                         SECURED CLAIMS:

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| Exemptions Paid to Debtor | Scott W. DiGioia | $          22,755.00 | $          0.00 |
| TOTAL SECURED CLAIMS | | $          22,755.00 | $          0.00 |

B.                              CHAPTER 7 ADMINISTRATIVE CLAIMS:

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| Trustee Fees | Bonnie C. Mangan | $          5,872.69 | $          0.00 |
| Trustee Expenses | Bonnie C. Mangan | $          20.00 | $          0.00 |
| Trustee's Attorney Fees | JOHN J. KENNEDY, JR., ESQ. | $          24,975.00 | $          0.00 |
| Trustee's Attorney Expenses | JOHN J. KENNEDY, JR., ESQ. | $          2,417.09 | $          0.00 |
| TOTAL CHAPTER 7 ADMIN. CLAIMS | | $          33,284.78 | $          0.00 |

C.                              CHAPTER 11 ADMINISTRATIVE CLAIMS:

| CLAIM NUMBER/ TYPE OF CLAIM | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL D.I.P. CLAIMS | | $          0.00 | $          0.00 |

D.                              OTHER SECTION 726(a)(1) CLAIMS:

a.    SECTION 507(a)(2) CLAIMS:

       Post-involuntary petition

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

b.   SECTION 507(a)(3) CLAIMS:

      (Include separate worksheet calculating withholding, FICA, FUTA and State Taxes due)

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| | | | |

c.   SECTION 507(a)(4) CLAIMS:

      Contributions to Employee Benefit Plans

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| | | | |

d.   SECTION 507(a)(5) CLAIMS:

      Fisherman & Farmer Claims

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| | | | |

e.   SECTION 507(a)(6) CLAIMS:

      Deposits for Undelivered Services

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| | | | |

f.   SECTION 507(a)(7) CLAIMS:

      Debts to a Spouse, Former Spouse or Child

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| | | | |

g.   SECTION 724(b) CLAIMS:

Secured Tax Liens

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

h.    SECTION 507(a)(8) CLAIMS:

Taxes

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

i.    SECTION 507(a)(9) CLAIMS:

Insured Depository Institutions

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| TOTAL PRIORITY CLAIMS | | $        0.00 | $        0.00 |

E.                    SECTION 726(a)(2) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| 1 | GE Capital Cards Co. | $   1,421.93 | $        0.00 |
| 2 | GE Money Bank | $     334.33 | $        0.00 |
| TOTAL TIMELY FILED UNSECURED CLAIMS | | $   1,756.26 | $        0.00 |

F.                    SECTION 726(a)(3) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|
| 3 | Citibank USA N.A. | $     338.80 | $       18.92 |
| 4 | ACS | $   2,861.58 | $      159.81 |
| 5 | Bank One | $   4,670.51 | $      260.83 |
| 7 | Capital One Services | $   2,305.20 | $      128.74 |

| 8 | Dell Preferred | | $ | 1,211.55 | $ | 67.66 |
| 9 | Providian | | $ | 984.62 | $ | 54.99 |
| 10 | Retail Services | | $ | 3,639.95 | $ | 203.28 |
| 11 | Wepawaug Flagg FCU | History | $ | 1,004.20 | $ | 56.08 |

**TOTAL UNTIMELY FILED UNSECURED CLAIMS**   $   17,016.41  $   950.31

G.                     SECTION 726(a)(4) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

**TOTAL FINES, PENALTIES, ETC.**   $   0.00  $   0.00

H.                     SECTION 726(a)(5) CLAIMS:

| CLAIM NUMBER | CREDITOR | | AMT. ALLOWED | | PROPOSED PAYMENT |
|---|---|---|---|---|---|
| 1I | GE Capital Cards Co. | | $ | 101.04 | $ | 28.67 |
| 2I | GE Money Bank | | $ | 23.76 | $ | 6.74 |
| 3I | Citibank USA N.A. | | $ | 24.08 | $ | 6.83 |
| 4I | ACS | | $ | 203.34 | $ | 57.70 |
| 5I | Bank One | | $ | 331.89 | $ | 94.17 |
| 7I | Capital One Services | | $ | 163.81 | $ | 46.48 |
| 8I | Dell Preferred | | $ | 86.09 | $ | 24.43 |
| 9I | Providian | | $ | 69.97 | $ | 19.85 |
| 10I | Retail Services | | $ | 258.65 | $ | 73.39 |
| 11I | Wepawaug Flagg FCU | History | $ | 71.36 | $ | 20.25 |

**TOTAL INTEREST ON ALLOWED CLAIMS**   $   1,333.99  $   378.51

I.                     SECTION 726(a)(6) CLAIMS:

| CLAIM NUMBER | CREDITOR | AMT. ALLOWED | PROPOSED PAYMENT |
|---|---|---|---|

**TOTAL REFUND TO DEBTOR**   $   0.00  $   0.00

All distribution checks issued by the Trustee shall bear the notation "VOID IF NOT CASHED WITHIN 90 DAYS."  Subsequent to the 91st day after the checks have been disbursed to the claimants, the Trustee shall stop payment and void any check not negotiated and shall issue a replacement check (Payable to Clerk, United States Bankruptcy Court), for the benefit of such claimant.  The replacement check shall be issued to the Clerk of the Bankruptcy Court, together with the Report of Small/Unclaimed Dividends.


        WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


DATED: March 1, 2008                           TRUSTEE: /s/ Bonnie C.  Mangan
                                               Bonnie C. Mangan
                                               Westview Office Park
                                               1050 Sullivan Avenue, Ste A3
                                               South Windsor, CT  06074
                                               (860) 644-4204